No. 795. ROSSI *v.* MARX ET AL. Ct. App. N. Y. Certiorari denied. *Lucian J. Rossi,* petitioner, *pro se. Sylvan D. Freeman* for respondents.

No. 837. NATIONAL CUSTOMS BROKERS & FORWARDERS ASSOCIATION OF AMERICA, INC. *v.* FEDERAL MARITIME COMMISSION ET AL. C. A. 2d Cir. Certiorari denied. *Charles S. Haight* for petitioner. *Solicitor General Cox, Assistant Attorney General Orrick, Irwin A. Seibel, Milan C. Miskovsky* and *Jerome B. Blum* for respondents.

No. 380. TODD ET AL. *v.* JOINT APPRENTICESHIP COMMITTEE ET AL. C. A. 7th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *William R. Ming, Jr.,* and *George N. Leighton* for petitioners. *George S. Hoban* for Joint Apprenticeship Committee et al.; *Paul R. Conaghan* for Bethlehem Steel Co.; and *Bernard M. Mamet* for Local Union No. 1, respondents. *Solicitor General Cox* filed a memorandum for the United States.

No. 785. DOWNS ET AL. *v.* BOARD OF EDUCATION OF KANSAS CITY, KANSAS, ET AL. C. A. 10th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Robert L. Carter* and *Maria L. Marcus* for petitioners.

No. 787. SWITZERLAND CO. ET AL. *v.* UDALL, SECRETARY OF THE INTERIOR, ET AL. C. A. 4th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Richard E. Thigpen* for petitioners. *Solicitor General Cox* and *Roger P. Marquis* for respondents.